

JFM-04-1310

FILED CLOSED

# U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:04-cv-01330-GBD
### Internal Use Only

Hugh Sharkey Ira/Ro v. Franklin Resources, Inc. et al
Assigned to: Judge George B. Daniels
Referred to:
Demand: $
Lead Docket: None
Related Cases: None
Case in other court: None
Cause: 15:77 Securities Fraud

Date Filed: 02/18/04
Jury Demand: Plaintiff
Nature of Suit: 850 Securities/Commodities
Jurisdiction: Federal Question

**Plaintiff**
-----------------------

**Hugh Sharkey Ira/Ro,** *on behalf of itself and on behalf of allothers similarly situated*

represented by **Jules Brody**
Stull Stull & Brody
6 East 45th Street, 5th Floor
New York, NY 10017
(212) 687-7230
Fax : (212) 490-2022
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**
-----------------------

**Franklin Resources, Inc.**

**Franklin Advisers, Inc.**

**Franklin/Templeton Distributors, Inc.,**

**Templeton/Franklin Investment Services, Inc.,**

**Franklin Private Client Group, Inc.,**

**Franklin Age High Income Fund**

**Franklin Adjustable U.S. Government Securities Fund**

**Franklin Aggressive Growth Fund**

**Franklin Alabama Tax-Free Income Fund**

**Franklin Arizona Tax-Free Income Fund**

**Franklin Balance Sheet Investment Fund**

**Franklin Biotechnology Discovery Fund**

**Franklin Blue Chip Fund**

**Franklin California High Yield Municipal Fund**

**Franklin California Insured Tax-Free Income Fund**

**Franklin California Intermediate-Term Tax-Free Income Fund**

**Franklin California Limited Term Tax-Free Income Fund**

**Franklin California Tax-Exempt Money Fund**

**Franklin California Tax-Free Income Fund**

**Franklin Capital Growth Fund**

**Franklin Colorado Tax-Free Income Fund**

**Franklin Connecticut Tax-Free Income Fund**

**Franklin Convertible Securities Fund**

**Franklin Dynatech Fund**

**Franklin Equity Income Fund**

**Franklin Federal Intermediate-Term Tax-Free Income Fund**

**Franklin Federal Limited Term Tax-Free Income Fund**

**Franklin Federal Money Fund**

**Franklin Federal Tax-Free Income**

Fund

**Franklin Flex Cap Growth Fund**

**Franklin Floating Rate Daily Access Fund**

**Franklin Floating Rate Trust**

**Franklin Florida Insured Tax-Free Income Fund**

**Franklin Georgia Tax-Free Income Fund**

**Franklin Global Aggressive Growth Fund**

**Franklin Global Communications Fund**

**Franklin Global Growth Fund**

**Franklin Global Health Care Fund**

**Franklin Gold and Precious Metals Fund**

**Franklin Growth Fund**

**Franklin High Yield Tax-Free Income Fund**

**Franklin Income Fund**

**Franklin Insured Tax-Free Income Fund**

**Franklin Kentucky Tax-Free Income Fund**

**Franklin Large Cap Growth Fund**

**Franklin Large Cap Value Fund**

**Franklin Louisiana Tax-Free Income Fund**

**Franklin Maryland Tax-Free Income Fund**

**Franklin Massachusetts Insured Tax-Free Income Fund**

**Franklin Michigan Insured Tax-Free Income Fund**

Franklin Microcap Value Fund

Franklin Minnesota insured Tax-Free Income Fund

Franklin Missouri Tax-Free Income Fund

Franklin Natural Resources Fund

Franklin New Jersey Tax-Free Income Fund

Franklin New York Insured Tax-Free Income Fund

Franklin New York Intermediate-Term Tax-Free Income Fund

Franklin New York Limited Term Tax-Free Income Fund

Franklin New York Tax-Exempt Money Fund

Franklin New York Tax-Free Income Fund

Franklin North Carolina Tax-Free Income Fund

Franklin Ohio Insured Tax-Free Income Fund

Franklin Oregon Tax-Free Income Fund

Franklin Pennsylvania Tax-Free Income Fund

Franklin Real Estate Securities Fund

Franklin Rising Dividends Fund

Franklin Short-Intermediate U.S. Government Securities Fund

Franklin Small Cap Growth Fund II

Franklin Small Cap Value Fund

Franklin Small-Mid Cap Growth Fund

Franklin Strategic Income Fund

**Franklin Strategic Mortgage Portfolio**

**Franklin Tax-Exempt Money Fund**

**Franklin Technology Fund**

**Franklin Templeton Conservative Target Fund**

**Franklin Templeton Corefolio Allocation Fund**

**Franklin Templeton Founding Funds Allocation Fund**

**Franklin Templeton Growth Target Fund**

**Franklin Templeton Hard Currency Fund**

**Franklin Templeton Moderate Target Fund**

**Franklin Templeton Money Fund**

**Franklin Tennessee Municipal Bond Fund**

**Franklin Texas Tax-Free Income Fund**

**Franklin Total Return Fund**

**Franklin U.S. Government Securities Fund**

**Franklin U.S. Long-Short Fund**

**Franklin Utilities Fund**

**Franklin Virginia Tax-Free Income Fund**

**Templeton China World Fund**

**Templeton Developing Markets Trust**

**Templeton Foreign Fund**

**Templeton Foreign Smaller Companies Fund**

**Templeton Global Bond Fund**

**Templeton Global Long-Short Fund**

**Templeton Global Opportunities Trust**

**Templeton Global Smaller Companies Fund, Inc.,**

**Templeton Growth Fund, Inc.,**

**Templeton International Fund**

**Templeton Latin America Fund**

**Templeton Pacific Growth Fund**

**Templeton World Fund**

**Mutual Beacon Fund**

**Mutual Discovery Fund**

**Mutual European Fund**

**Mutual Financial Services Fund**

**Mutual Qualified Fund**

**Mutual Recovery Fund**

**Mutual Shares Fund**

**Franklin Asset allocation Fund**

**Franklin California, Tax-Free Income Fund, Inc.,**

**Franklin Custodian Funds, Inc.**

**Franklin Floating Rate Master Trust**

**Franklin Global Trust**

**Franklin High Income Trust**

**Franklin International Trust**

**Franklin Investors Securities Trust**

**Franklin Managed Trust**

**Franklin Money Fund**

**Franklin Multi-Income Trust**

**Franklin Municipal Securities Trust**

**Franklin Mutual Series Fund, Inc.,**

**Franklin New York Tax-Free Trust**

**Franklin Real Estate Securities Trust**

**Franklin Strategic Series**

Franklin Tax Advantaged High Yield Securities Fund

Franklin Tax Advantaged Bond Fund

Franklin Advantaged U.S. Government Securities Fund

Franklin Tax-Free Trust

Franklin Templeton Fund Allocator Series

Franklin Templeton Global Trust

Franklin Templeton Japan Fund

Franklin Templeton Money Fund Trust

Franklin Templeton Services LLC

John Does 1-100

| Filing Date | # | Docket Text |
|---|---|---|
| 02/18/2004 | 1 | COMPLAINT against Franklin Advisers, Inc., Franklin Resources, Inc., et al.(Filing Fee $ 150.00, Receipt Number 500172)Document filed by Hugh Sharkey Ira/Ro.(laq, ) Modified on 3/1/2004 (laq, ). (Entered: 02/19/2004) |
| 02/18/2004 | 2 | RULE 7.1 DISCLOSURE STATEMENT. Document filed by Hugh Sharkey Ira/Ro.(laq, ) (Entered: 02/19/2004) |
| 02/18/2004 |  | Magistrate Judge Kevin N. Fox is so designated. (laq, ) (Entered: 02/19/2004) |
| 03/05/2004 |  | *** Party The Deferred Compensation Plan for Employees of Nassau County rep by Chet Barry Waldman added. (laq, ) (Entered: 03/09/2004) |
| 03/05/2004 | 3 | MOTION to Appoint Lead Counsel, MOTION to Appoint The Deferred Compensation Plan for Employees of Nassau County to serve as lead plaintiff(s). Document filed by The Deferred Compensation Plan for Employees of Nassau County. (laq, ) (Entered: 03/09/2004) |
| 03/05/2004 | 4 | MEMORANDUM OF LAW in Support re: [3] MOTION to Appoint Counsel. MOTION to Appoint The Deferred Compensation Plan for |

| | | | |
|---|---|---|---|
| | | | Employees of Nassau County to serve as lead plaintiff(s). Document filed by The Deferred Compensation Plan for Employees of Nassau County. (laq, ) (Entered: 03/09/2004) |
| 03/05/2004 | | 5 | DECLARATION of Chet B. Waldman in Support re: [3] MOTION to Appoint Counsel. MOTION to Appoint The Deferred Compensation Plan for Employees of Nassau County to serve as lead plaintiff(s). Document filed by The Deferred Compensation Plan for Employees of Nassau County. (laq, ) (Entered: 03/09/2004) |
| 03/05/2004 | | 6 | ORDER SCHEDULING AN INITIAL PRETRIAL CONFERENCE; Initial Conference is set for 5/6/2004 at 09:30 AM before Judge George B. Daniels. (Signed by Judge George B. Daniels on 3/4/04) (sb, ) (Entered: 03/09/2004) |
| 03/22/2004 | | 8 | MEMORANDUM OF LAW in Support re: [3] MOTION to Appoint Counsel. MOTION to Appoint The Deferred Compensation Plan for Employees of Nassau County to serve as lead plaintiff(s). Document filed by The Sharkey Proposed Lead Plaintiffs. (jge, ) (Entered: 03/26/2004) |
| 03/22/2004 | | 9 | DECLARATION of Bradley P. Dyer in Support re: [3] MOTION to Appoint Counsel. MOTION to Appoint The Deferred Compensation Plan for Employees of Nassau County to serve as lead plaintiff(s). Document filed by The Sharkey Proposed Lead Plaintiffs. (jge, ) (Entered: 03/26/2004) |
| 03/23/2004 | | 7 | MEMORANDUM OF LAW in Opposition re: [3] MOTION to Appoint Counsel. MOTION to Appoint The Deferred Compensation Plan for Employees of Nassau County to serve as lead plaintiff(s). *Memorandum and Declaration in Support of the Sharkey Proposed Lead Plaintiffs*. Document filed by The Sharkey Proposed Lead Plaintiffs. (Attachments: # 1 Memorandum in Further Support of the Sharkey Proposed Lead Plaintiffs# 2 Declaration in Support of the Sharkey Proposed Lead Plaintiffs)(Dyer, Bradley) (Entered: 03/23/2004) |
| 03/29/2004 | | 10 | ENDORSED LETTER addressed to Judge George B. Daniels from Chet B. Waldman dated 3/26/04 re: Counsel for lead plaintiff movant writes to alert the Court to certain matter in connections with the litigation, and specifically, with respect to the lead plaintiff and consolidation motions currently pending in this Court. Also seek a stay of proceedings in this Court relating to the lead plaintiff and lead counsel and consolidation determination, pending action by the MDL Panel. So Ordered. (Signed by Judge George B. Daniels on 3/26/04) (jco, ) (Entered: 03/30/2004) |
| 04/02/2004 | | 11 | STIPULATION AND ORDER, that all further briefing regarding the pending motions for consolidation of the New York Action,and the |

| | | | |
|---|---|---|---|
| | | | appointment of Lead Plaintiff, approval of Lead Plaintiff's selection of Lead Counsel and Liaison Counsel, is hereby stayed until the MDL Panel decides whether to transfer the Franklin/Templeton Actions as further set forth herein. (Signed by Judge George B. Daniels on 4/1/04) (tp, ) (Entered: 04/05/2004) |
| 04/08/2004 | | 12 | MOTION to Appoint The Sharkey Proposed Lead Plaintiffs to serve as lead plaintiff(s) *Motion*. Document filed by The Sharkey Proposed Lead Plaintiffs. (Dyer, Bradley) (Entered: 04/08/2004) |
| 04/08/2004 | | 13 | MOTION to Appoint The Sharkey Proposed Lead Plaintiffs to serve as lead plaintiff(s) *Memorandum of Law*. Document filed by The Sharkey Proposed Lead Plaintiffs. (Dyer, Bradley) (Entered: 04/08/2004) |
| 04/08/2004 | | 14 | MOTION to Appoint The Sharkey Proposed Lead Plaintiffs to serve as lead plaintiff(s) *Proposed Order*. Document filed by The Sharkey Proposed Lead Plaintiffs. (Dyer, Bradley) (Entered: 04/08/2004) |
| 04/08/2004 | | 15 | MOTION to Appoint The Sharkey Proposed Lead Plaintiffs to serve as lead plaintiff(s) *Declaration*. Document filed by The Sharkey Proposed Lead Plaintiffs. (Attachments: # 1 Second Half of the Declaration)(Dyer, Bradley) (Entered: 04/08/2004) |
| 05/12/2004 | | 16 | CERTIFIED TRUE COPY OF CONDITIONAL MDL TRANSFER OUT ORDER FROM THE MDL PANEL...transferring this action from the U.S.D.C. (S.D.N.Y) to the United States District Court - District of Maryland. (Signed by Judge MDL Panel on 4/5/04) (dg, ) (Entered: 05/12/2004) |
| 05/12/2004 | | | MDL TRANSFER OUT: Mailed certified copy of docket entries along with letter of acknowledgment to the United States District Court - District of Maryland. Mailed via Federal Express AIRBILL # 8434 1350 5354 on 5/12/04. (dg, ) (Entered: 05/12/2004) |

A TRUE COPY
J. MICHAEL McMAHON CLERK
BY [signature] DEPUTY CLERK